UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERROLD EUGENE DUBOSE,<br><br>          Plaintiff,<br><br>    -against-<br><br>UNITED STATES OF AMERICA; THE UNITED KINGDOM; DONALD JOHN TRUMP; THE VATICAN; SOTHEBY'S; CHARLES V; JOHN HARDY HAWKINS, JR., ET AL.,<br><br>          Defendants. | 26 CIVIL 01006 (LLS)<br><br>**<u>CIVIL JUDGMENT</u>** |

For the reasons stated in the May 14, 2026, order, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i).

        SO ORDERED.

Dated:   May 19, 2026
          New York, New York

                                   /s/ Louis L. Stanton
                                  LOUIS L. STANTON
                             United States District Judge